UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JESSICA HEINLEIN,<br><br>　　　　　　　Defendant. | CASE NO. CR23-5300 BHS<br><br>ORDER |

This matter is before the Court on Defendant Jessica Heinlein's motion for an order providing travel expenses to and from her sentencing on February 12, 2024, in Tacoma, Washington. Dkt. 16. The Court previously granted this motion in part, specifically concerning Heinlein's request for the United States Marshals Service to cover the costs of her travel from South Carolina to Tacoma and back. Dkt. 17.

Subsequent to the Court's order, the U.S. Marshals Service reached out to the Court and clarified that it is able to cover the costs of travel only for the trip from South Carolina to Tacoma for Heinlein's sentencing.

The Court contacted Pretrial Services to inquire whether it had the ability to provide additional financial assistance for Heinlein's travel. Specifically, for the trip

ORDER - 1

home from Tacoma to South Carolina, and for lodging and subsistence while she stays in Tacoma for sentencing. Pretrial Services responded that it is able to provide such assistance only through its "Second Chance Act" funds. Dkt. 26. It asked Heinlein to fill out additional financial disclosures in order to assess whether she qualified for the funds. Heinlein obliged, and pre-trial services determined that she did not qualify for its Second Chance Act funds. Dkt. 26.

The Court concludes that Heinlein has sufficient funds in her "restitution account" to pay for her expenses of lodging and subsistence while in Tacoma as well as her return trip home to South Carolina after sentencing.

Accordingly, it is hereby **ORDERED** that the Court **DENIES** Heinlein's request for funds to cover a hotel for two nights, food for two days, and a return flight to South Carolina. Dkt. 16. The U.S. Marshals Service will cover her travel expenses for the trip from South Carolina to Tacoma for her sentencing, and Heinlein is responsible for expenses during her stay in Tacoma as well as expenses for her trip home to South Carolina.

Dated this 8th day of February, 2024.

BENJAMIN H. SETTLE
United States District Judge