UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA HEINLEIN,<br><br>　　　　　　　Defendant. | CASE NO. CR23-5300<br><br>ORDER |

This matter is before the Court on Defendant Jessica Heinlein's motion to modify her probation conditions. Dkt. 39. She requests to change her conditions to allow her access to a PayPal account "for the sole purpose of obtaining potential employment" at a company called Data Annotation, which might hire her to conduct freelance work. *Id*. at 1.

The Government opposes her request. Dkt. 40. It emphasizes that she "has failed to comply with Probation's instructions about handling her finances" and argues that "the proposed modification is pointless because the Probation Office will not authorize Heinlein to work at Data Annotation." *Id*. at 1–2.

ORDER - 1

The Probation Office does not oppose the modification. Dkt. 41. It notes that her employment should still ultimately be approved by Probation, but it concludes that Data Annotation appears to be a legitimate company. *Id*. at 2.

The motion to modify Heinlein's conditions of probation, Dkt. 39, is **GRANTED**. The Court adopts Probation's amended phrasing of the new condition, which reads as follows:

> 4. The defendant is authorized to have one checking account in her name, as well as one brokerage account (for day trading), and one PayPal account. All income, monetary gains, or other pecuniary proceeds shall be deposited into these accounts and used for payment of all personal expenses. The defendant is only allowed to receive approved employment funds into the PayPal account, and those funds must be transferred to her checking account in a timely manner. These accounts, and all other bank accounts, must be disclosed to the probation office.

**IT IS SO ORDERED**.

Dated this 6th day of September, 2024.

BENJAMIN H. SETTLE
United States District Judge